866 A.2d 258

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kenton R. O'NEIL, Respondent.**

**No. 980 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 22, 2004.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 22, 2004, it is hereby

ORDERED that KENTON R. O'NEIL be and he is SUSPENDED from the practice of law for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.